UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
MEDIATEK, INC.,                )
                               )
          Plaintiff,           )
                               )
     v.                        )   Civil Action No. 07-72 MISC (EGS)
                               )
SANYO ELECTRIC CO., LTD.       )
and SANYO NORTH AMERICA        )
CORPORATION,                   )
                               )
          Defendants.          )
_____)
```

**ORDER**

On February 21, 2007, defendants filed their Motion to Compel Connolly Bove Lodge & Hutz LLP to Produce Documents. An amended memorandum in support of their motion to compel was filed on March 7, 2007. Also on March 7, 2007, Connolly Bove Lodge & Hutz LLP ("Connolly") served on the parties and attempted to file electronically with the Court its opposition to defendants' motion to compel. Because defendants filed their motion under seal, however, Connolly's opposition was not accepted for electronic filing on the Court docket and no copy was available to Chambers until April 18, 2007 after Connolly was asked to re-file its opposition brief. Thus, even though defendants' reply brief was filed on March 16, 2007, the Court was missing the opposition brief until April 18, 2007 and, accordingly, could not

act on the motion.[1]  Upon review of defendants' motion, the memorandums in support thereof, and response and reply thereto, it is hereby

**ORDERED** that documents 1-8 on Connolly's privilege log (bates range CB0001 - CB0013) shall be produced to the Court for *in camera* review by **6:00 p.m. on Friday, April 20, 2007.**  Upon review of the documents, the Court will notify the parties if a hearing or further briefing is necessary on the issue of attorney-client privilege.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**            United States District Judge**
**            April 20, 2007**

---

[1] The Court attributes the late filing to a miscommunication between Court staff and Connolly rather than to any deliberate delay by Connolly.