UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
MEDIATEK, INC.,            )
                           )
          Plaintiff,       )
                           )
     v.                    )  Civil Action No. 07-72 MISC (EGS)
                           )
SANYO ELECTRIC CO., LTD.   )
and SANYO NORTH AMERICA    )
CORPORATION,               )
                           )
          Defendants.      )
_____)

### ORDER

Pending before the Court is Defendants' Motion to Compel Connolly Bove Lodge & Hutz LLP ("Connolly") to Produce Documents. Upon review of the motion, supporting memorandum and exhibits, opposition and reply, unredacted documents *in camera*, and applicable law, it is by the Court hereby

**ORDERED** that defendants' motion is **DENIED**. The Court finds that the attorney-client privilege as described by the D.C. Circuit in *In re Sealed Case*, 737 F.2d 94, 98-99 (D.C. Cir. 1984), and more recently by this Court in *United States v. Naegele*, 468 F. Supp. 2d 165, 170 (D.D.C. 2007), applies to the withheld portions of the documents in Connolly's possession. Moreover, the Court finds that the privilege has not been waived by the current or any previous owner of U.S. Patent No. 5,751,356. The Court agrees with Connolly that a mere statement as to the patent owner's state of mind in a petition to the U.S.

Patent and Trademark Office regarding whether the delayed payment of maintenance fees was intentional or unintentional does not reveal the content of any privileged communications and does not constitute a waiver of the attorney-client privilege.

It is **FURTHER ORDERED** that the Clerk of the Court shall unseal this case.  However, the following documents within the case that reference information subject to a protective order in Civil Action No. 6:05 CV 323 (E.D. Tex.) shall remain sealed until further order of the Court:  Defendants' Motion to Compel and Memorandum of Points and Authorities in Support of Defendants' Motion to Compel Connolly to Produce Documents [Dkt. No. 3]; Defendants' Amended Memorandum of Points and Authorities in Support of Defendants' Motion to Compel Connolly to Produce Documents [Dkt. No. 4]; Defendants' Reply Memorandum in Support of Defendants' Motion to Compel Connolly to Produce Documents [Dkt. No. 5].  All other filings and Court orders (including this order) not listed above shall be unsealed.  Further filings in this case, if any, shall not be sealed unless ordered by the Court pursuant to an appropriate motion to seal.

It is **FURTHER ORDERED** that the Clerk of the Court shall remove this case from the active calendar of this Court.

    **SO ORDERED.**

**Signed:**    **Emmet G. Sullivan**
             **United States District Judge**
             **April 25, 2007**